16-cv- 3987 DSD/KMM

# RECEIVED

NOV 22 2016

~~CLERK, U.S. DISTRICT COURT~~
ST. PAUL, MINNESOTA

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Habtamu Daniel
617 Cedar Ave S #A218
Minneapolis, MN 55454    Plaintiff(s),

vs.

Defendant(s).

Case No. _____
(To be assigned by Clerk of District Court)

DEMAND FOR JURY TRIAL
YES ___   NO ✓

(Enter the full name(s) of ALL plaintiffs and defendants in this lawsuit. Please attach additional sheets if necessary.)

White House staffs
1600 penslyvania Ave NW
Washington, DC 20500

**COMPLAINT**

PARTIES

1. List your name, address and telephone number. Do the same for any additional plaintiffs.

    a. Plaintiff

    | | |
    |---|---|
    | Name | Habtamu Danial |
    | Street Address | 617 Cedar Ave S #A218 |
    | County, City | Minneapolis, ~~MN 55454~~ |
    | State & Zip Code | MN    55454 |
    | Telephone Number | 612-986-2584 |

2. List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption.

SCANNED

NOV 23 2016

U.S. DISTRICT COURT ST. PAUL

a.  Defendant No. 1

Name  Former president George W. Bush & his family

Street Address  Texas

County, City

State & Zip Code

b.  Defendant No. 2

Name  President ~~Obama~~ Barack Husien Obama

Street Address  1600 pennyslvania Ave NW

County, City  Washington, DC

State & Zip Code  District of Columbia  20500

c.  Defendant No. 3

Name  Former president William Jefferson Clinton

Street Address  New York

County, City

State & Zip Code

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES AND ADDRESSES ON A SEPARATE SHEET OF PAPER.**

Check here if additional sheets of paper are attached: ☐

Please label the attached sheets of paper to correspond to the appropriate numbered paragraph above (e.g., Additional Defendants 2.d., 2.e., etc.)

## JURISDICTION

Federal courts are courts of limited jurisdiction. Generally, two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of

2

the parties.  Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount of damages is more than $75,000 is a diversity of citizenship case.

3.   What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal Question            ☑ Diversity of Citizenship

4.   If the basis for jurisdiction is Federal Question, which Federal Constitutional, statutory or treaty right is at issue?  List all that apply.  I Want to know Why they taught me Evolution in the invention of knowledge Evolution as a ~~fact~~ knowledge. Why did they teach Evolution in the field of Biology. The FBI must answer my Biologic question.

5.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?  Each Plaintiff must be diverse from each Defendant for diversity jurisdiction.

Plaintiff Name:  Habtamu W. Daniel     State of Citizenship:  Minnesota

Defendant No. 1:  President Bush George WW     State of Citizenship:  US

Defendant No. 2:  Barack H. Obama     State of Citizenship:  US

**Attach additional sheets of paper as necessary and label this information as paragraph 5.**
**Check here if additional sheets of paper are attached.**

6.   What is the basis for venue in the District of Minnesota?  *(check all that apply)*

☐ Defendant(s) reside in Minnesota     ☑ Facts alleged below primarily occurred in Minnesota

☐ Other:  explain

STATEMENT OF THE CLAIM

Describe in the space provided below the basic facts of your claim.  The description of facts should include a specific explanation of how, where, and when each of the defendants named in the caption violated the law, and how you were harmed.  Each paragraph must be numbered separately, beginning with number 7.  Please write each single set of circumstances in a separately numbered paragraph.

7.   Social security denied me my Benefits

3

The White House took my million dollars and they too one dollar as twenty dollars. I pay twenty dollars but they pay one dollars. My friend told me I could get free house or apartment with out any payment. Today I don't have Ten dollars but I pay ~~$50~~. four hundred fifty dollars of money. Let me get paid for staying in the warmed in the summer and cold in the Winter. When do I get Justice?

Why did the Minnesota family denied me free apartment. Why did they prevent me CNN. CNN is the only Government news channel. I know there CNN in the White House. Why do they people who saw CNN meet with me in ~~case~~ creat. What is my programmed benefit in the future. Is there any ~~the~~ debt that I owe you

**Attach additional sheets of paper as necessary.**

**Check here if additional sheets of paper are attached:** ☐

**Please label the attached sheets of paper to as Additional Facts and continue to number the paragraphs consecutively.**

REQUEST FOR RELIEF

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking.

I want to get two hundred Million dollars for my benefit that was Stolen by The presidents

Date:

Signature of Plaintiff    Habtamu Daniel

Mailing Address    617 Cedar Ave S #A212

Minneapolis, MN SS4a1

Telephone Number    612-986-2584

Note:   All plaintiffs named in the caption of the complaint must date and sign the complaint and provide his/her mailing address and telephone number. Attach additional sheets of paper as necessary.

5