UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 16-3987(DSD/KMM)

Habtamu Daniel,

       Plaintiff,

v.                                      **ORDER**

White House Staff, et al.,

       Defendants.

     This matter is before the court upon the report and recommendation of Magistrate Judge Katherine Menendez dated December 7, 2016 (R&R). The magistrate judge recommended that (1) the matter be summarily dismissed; and (2) the application to proceed in forma pauperis be denied. No objections to the R&R have been filed in the time period permitted. Under these circumstances, the court finds it appropriate adopt the R&R.

     Accordingly, **IT IS HEREBY ORDERED** that:

     1.  The R&R [ECF No. 3] is adopted in its entirety;

     2.  The application to proceed in forma pauperis [ECF No. 2] is denied; and

     3.  The case is summarily dismissed.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 3, 2017

                                              s/David S. Doty
                                              David S. Doty, Judge
                                              United States District Court